UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20159-Civ-SCOLA

RODNEY G. CEANT,

    Plaintiff,

vs.

AVENTURA LIMOUSINE
& TRANSPORTATION
SERVICE, INC. et al.,

    Defendants.

_____/

## ORDER GRANTING COUNSELS' WITHDRAWAL

THIS MATTER is before the Court upon the Defendants' Response to the Court's Order to Show Cause [ECF No. 66] and the Defendants' Notice of Withdrawal of Glasser, Boreth & Kleppin, P.A., Kristopher W. Zinchiak, Esq., and Chris Kleppin, Esq. [ECF No. 67]. Attorneys Kristopher W. Zinchiak, Esq. and Chris Kleppin, Esq. and the law firm of Glasser, Boreth & Kleppin, P.A. ("Defendants' Counsel," collectively) state that while they do not believe the *Bedoya* decision requires their disqualification here, they are nevertheless withdrawing from the representation. They indicate that Defendants shall continue to be represented going forward by Aventura Limousine's General Counsel, Jason Scott Coupal, Esq., who has been co-counsel for the Defendants since this case's inception. The Court shall permit the withdrawal.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. Defendants' Counsel are permitted to withdraw and are relieved of any further responsibility as attorneys of record for Defendants in this matter.

2. Defendants shall continue to be represented by Jason Scott Coupal, Esq.

**DONE and ORDERED** in chambers, at Miami, Florida on June 26, 2012.

                                            ROBERT N. SCOLA, JR.
                                            UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record*