# Brian Lerner

| | |
|---|---|
| **From:** | Jason Scott Coupal [jason@aventuralimo.com] |
| **Sent:** | Friday, July 06, 2012 1:56 PM |
| **To:** | Brian Lerner |
| **Subject:** | Bedoya |

Brian:

This will confirm our conversation of even date. As we discussed, although we produced the Driver Trip Tickets and Reservation Confirmations pursuant to the First Request to produce, and it was represented to me that these documents contained the final amount paid by the clients, I am unclear as to whether there are any other documents more in the nature of an "invoice" that you seek. We also discussed the fact that Judge Simonton's oral rulings were somewhat vague, as it was unclear whether she wanted us to meet only if you already had the proper documents (so I could show you where the information you seek is located), or regardless of the circumstances, and we do not have a written ruling to confirm her mandate in this regard. As such, we have agreed to table the meeting temporarily. In the interim, I will meet with management on Monday or Tuesday to determine whether documents responsive to your request, and will notify you by the close of business on Tuesday as to my findings. If such documents do exist, I will arrange to have copies prepared in time for exchange by July 17, 2012, the deadline stated by the Court. If there are no additional documents responsive to your request, we will reschedule a meeting immediately. As for the contracts/formal written arrangements regarding the hotels and affiliates you identified, I have requested that copies of any such documents, to the extent they exist, be produced for exchange on the 17th as well.

Thank you for your courtesies in this regard. Have a good weekend.



Jason Scott Coupal, Esq.
General Counsel
Aventura Worldwide Transportation Service
Direct Phone: (305) 405-1440
Direct Fax: (305) 405-1452

This communication is meant for the named addressee(s) only and may be subject to the attorney-client and attorney work product privileges under both Florida and federal law. Unauthorized dissemination of this message and any attachments is strictly prohibited. Should you receive this message in error, please notify Jason Scott Coupal at (305) 405-1440 and delete all copies from your system immediately.