# EXHIBIT 3

**JASON SCOTT COUPAL**
ATTORNEY AT LAW
20251 NE 15TH COURT
NORTH MIAMI BEACH, FLORIDA 33179
(305) 405-1440
(305) 405-1452 FAX
TAX ID NO.: 26-2968435

May 16, 2012

Stacey Schulman, Esq.
Morgan & Morgan
6824 Griffin Rd.
Davie, Florida 33314

## INVOICE FOR COPY COSTS
*Bedoya v. Aventura Limousine & Transportation Service, Inc.*
Case No.: 1:11-CV-24432-ALTONAGA

| | | |
|---|---|---|
| 5/14/12 | Discovery copies at agreed rate:<br>(15,394 copies x 25c/copy) | $3,848.50 |
| | Less credit for copies provided by Morgan & Morgan:<br>(3,960 copies x 25c/copy) | <$990.00> |

**TOTAL DUE:**                                                                                      **$2,858.50**